**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN DRYDEN,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 68088

**FILED**

JUL 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On May 26, 2015, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:   Hon. Kathleen E. Delaney, District Judge
      Bryan Dryden
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20873